A. ALFRED CONRAD, as Executor of NATHAN WERGER, Deceased, et al., Appellants, v. STRALEM, ST. PHALLE & Co., INC., Respondent, et al., Defendants.

Concur — Capozzoli, J. P., Nunez, Steuer and Macken, JJ.

(November 12, 1970)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRENDA HALLMAN, Appellant, v. DIRECTOR, MANHATTAN REHABILITATION CENTER, Respondent.—

Concur — Stevens, P. J., Capozzoli, McGivern and Markewich, JJ.